# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.*, | Case No. 15-10952 (KJC) |
| Debtors.[1] | Jointly Administered |
| Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust, | |
| Plaintiff, | Adv. No. 17-50394 (KJC) |
| vs. | |
| LIM Holdings, Inc, DBA Classesusa.com, | |
| Defendant. | |

## STIPULATION FURTHER EXTENDING MEDIATION DEADLINE

This Stipulation is entered into between Craig R. Jalbert, as Distribution Trustee of the Corinthian Distribution Trust (the "Plaintiff") and LIM Holdings, LLC, d/b/a Classesusa.com (the "Defendant") by and through their respective undersigned counsel (together, the "Parties").

WHEREAS, Plaintiff commenced the above-captioned adversary proceeding on April 28, 2017 by filing a complaint to avoid and recover transfers against Defendant and to disallow any claims held by Defendant (the "Complaint");

WHEREAS, shortly after the Complaint was filed, Defendant contacted counsel for the Plaintiff to commence settlement discussions in connection with this adversary proceeding;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201), Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709), Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SP PE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665), and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

WHEREAS, on July 20, 2017, this Court entered an *Order Establishing Streamlined Procedures Governing Adversary Proceedings With Total in Controversy Greater Than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, 549 and 550 of the Bankruptcy Code* (the "Procedures Order");

WHEREAS, pursuant to the Procedures Order, the deadline to complete mediation is May 31, 2018;

WHEREAS, further pursuant to the Procedures Order, the deadlines contained in the Procedures Order may be extended and/or modified by consent of the Parties pursuant to a stipulation;

WHEREAS, on May 31, 2018, the Parties entered into a *Stipulation Extending Mediation Deadlines* [Adv. D.I. 33], extending the mediation deadline to June 30, 2018, as set forth in the Procedures Order;

WHEREAS, on July 5, 2018, the Parties entered into a *Stipulation Further Extending Mediation Deadlines* [Adv. D.I. 34], further extending the mediation deadline to July 30, 2018, as set forth in the Procedures Order;

WHEREAS, on August 6, 2018, the Parties entered into a *Stipulation Further Extending Mediation Deadlines* [Adv. D.I. 35], further extending the mediation deadline to August 31, 2018, as set forth in the Procedures Order;

WHEREAS, the Parties wish to further extend and/or modify the deadlines set forth in the Procedures Order to allow for continued settlement discussions.

NOW, BASED ON THE FOREGOING, IT IS AGREED THAT:

1. Mediation shall be concluded by September 30, 2018.

2. All other provisions of the Procedures Order shall remain in effect.

Dated: August 30, 2018

| PACHULSKI STANG ZIEHL & JONES LLP | THE ROSNER LAW GROUP LLC |
|---|---|
| */s/ James E. O'Neill* | */s/ Frederick B. Rosner* |
| Laura Davis Jones (DE Bar No. 2436) | Frederick B. Rosner (DE 3995) |
| James O'Neill (DE Bar No. 4042) | Jason A. Gibson (DE 6091) |
| 919 North Market Street, 17th Floor | Zhao Liu (DE 6436) |
| P O Box 8705 | 824 N. Market Street, Suite 810 |
| Wilmington, DE 19899 (Courier 19801) | Wilmington, DE 19801 |
| Tel: (302) 652-4100 | Tel: (302) 777-1111 |
| Fax: (302) 652-4400 | E-mail: rosner@teamrosner.com |
| E-mail: ljones@pszjlaw.com | gibson@teamrosner.com |
| jo'neill@pszjlaw.com | liu@teamrosner.com |

*Counsel for Plaintiff*

-and-

JONES DAY
Anna Kordas (admitted *pro hac vice*)
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3939
Fax: (212) 755-7306
E-mail: akordas@jonesday.com

*Attorneys for Defendant LIM Holdings, Inc, dba Classesusa.com*